

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-21-00347-CV

Steven **SCHAAF**,
Appellant

v.

**CHRISTUS SANTA ROSA HEALTH CARE CORPORATION** a/k/a Christus Santa Rosa
Health System and Christus Health,
Appellees

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2020CI19278
Honorable Laura Salinas, Judge Presiding

PER CURIAM

Sitting:     Rebeca C. Martinez, Chief Justice
             Patricia O. Alvarez, Justice
             Luz Elena D. Chapa, Justice

Delivered and Filed: October 27, 2021

MOTION TO DISMISS GRANTED; DISMISSED

Appellant filed a motion to dismiss this appeal. We grant the motion and dismiss the

appeal. *See* TEX. R. APP. P. 42.1(a)(1). Because the motion does not disclose an agreement of the

parties regarding the assessment of costs, we order all costs addressed against appellant. *See* TEX.

R. APP. P. 42.1(d) (absent agreement of the parties, costs are taxed against appellant).

PER CURIAM